UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ELFRIEDE GLANCY, on behalf of herself and all others similarly situated,

Plaintiff,

v.

DEPARTMENT 56, INC. and SUSAN ENGEL,

Defendants.

Civil No. 01-401 JMR/SRN

BRIAN MELVILLE, on behalf of himself and all others similarly situated,

Plaintiff,

v.

DEPARTMENT 56, INC. and SUSAN ENGEL,

Defendants.

Civil No. 01-442 JMR/FLN

I. SION SIAN LEE-ZHOA, on behalf of himself and all others similarly situated,

Plaintiff,

v.

DEPARTMENT 56, INC., and SUSAN ENGEL,

Defendants.

Civil No. 01-655 JMR/SRN

**ORDER CONSOLIDATING ACTIONS, APPOINTING LEAD PLAINTIFF AND APPROVING LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL**

AUG 30 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

The above-entitled matters are before the undersigned United States Magistrate Judge on the Amended Motion of Harold P. Grout, ("Grout") To Consolidate Actions, for Appointment of Lead Plaintiff, and for Approval of Lead Plaintiff's Selection of Lead Counsel and Liaison Counsel. The Parties waived oral argument and submitted the matter on the papers. Based upon the Court's review of the record, the Memorandum of Law in Support thereof, the Affidavit of Stuart L. Berman in Support of that Motion, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Amended Motion of Harold P. Grout To Consolidate Actions, for Appointment of Lead Plaintiffs, and for Approval of Lead Plaintiff's Selection of Lead Counsel and Liaison Counsel is **GRANTED**. (Glancy v. Department 56, Inc., Docket No. 4-1, 4-2, 4-3). (Lee-Zhoa v. Department 56, Inc., Docket No. 2-1, 2-2, 2-3). (Melville v. Department 56, Inc. Docket No. 4-1, 4-2, 4-3).

2. The above-captioned actions are consolidated for all purposes (the "Consolidated Action"). This order (the "Order") shall apply to the Consolidated Action and to each case that relates to the same subject matter that is subsequently filed in this Court or is transferred to this Court and is consolidated with the Consolidated Action.

3. A Master File is established for this proceeding. The Master File shall be Civil Action No. 01-CV-401 JMR/SRN. The clerk shall file all pleadings in the Master File and note such filings on the Master Docket.

4. An original of this Order shall be filed by the Clerk in the Master File.

5. The Clerk shall mail a copy of this Order to counsel of record in the Consolidated Action.

6. Every pleading filed in the Consolidated Action shall have the following caption:

---

| | |
|---|---|
| IN RE DEPARTMENT 56, INC.<br>SECURITIES LITIGATION | Civil Action No. 01-401 JMR/SRN |

---

7. The Court requests the assistance of counsel in calling to the attention of the Clerk of this Court the filing or transfer of any case, that might properly be consolidated as part of the Consolidated Action.

8. When a case that arises out of the same subject matter of the Consolidated Action is hereinafter filed in this Court or transferred from another Court, the Clerk of this Court shall:

a. File a copy of this Order in the separate file for such action;

b. Mail a copy of this Order to the attorneys for the plaintiff(s) in the newly-filed or transferred case and to any new defendant(s) in the newly-filed or transferred case; and

c. Make the appropriate entry in the Master Docket for the Consolidated Action.

9. Each new case that arises out of the subject matter of the Consolidated Action which is filed in this Court or transferred to this Court, shall be consolidated with the Consolidated Action and this Order shall apply thereto, unless a party objects to consolidation, as provided for herein, or any provision of this Order, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party, by filing an application for relief and this Court deems it appropriate to grant such application. Nothing in the foregoing shall be construed as a waiver of the defendants' right to object to consolidation of any subsequently-filed or transferred related action.

10. Class member Grout is appointed to serve as Lead Plaintiff in the above-captioned

actions, pursuant to 15 U.S.C. § 77u-4(a)(3)(B). Grout is appointed to serve as Lead Plaintiff for the Class of purchasers of Department 56, Inc.'s securities from February 24, 1999 through April 26, 2000, inclusive (the "Class Period"). Such appointment is without prejudice to Defendants' ability to challenge whether Grout is an adequate class representative under Federal Rule of Civil Procedure 23 and whether this matter should be certified as a class action thereunder.

11. The law firm of Schiffrin & Barroway, LLP is hereby appointed Lead Counsel for the Class. Lead Counsel shall provide general supervision of the activities of plaintiffs' counsel and shall ensure that all work performed by plaintiffs' counsel is neither duplicative nor unproductive. Lead Counsel shall have the following responsibilities and duties to perform or delegate as appropriate:

a. To brief and argue motions;

b. To initiate and conduct discovery, including, without limitation, coordination of discovery with defendants' counsel, the preparation of written interrogatories; requests for admissions, and requests for production of documents;

c. to direct and coordinate the examination of witnesses in depositions;

d. to act as spokesperson at pretrial conferences;

e. to call and chair meetings of plaintiff's counsel as appropriate or necessary from time to time;

f. to initiate and conduct any settlement negotiations with counsel for defendants;

g. to provide general coordination of the activities of plaintiffs' counsel and to

delegate work responsibilities to selected counsel as may be required in such a manner as to lead to the orderly and efficient prosecution of this litigation and to avoid duplication or unproductive effort;

h. to consult with and employ experts;

i. to receive and review periodic time reports of all attorneys on behalf of plaintiffs and to determine if the time is being spent appropriately and for the benefit of plaintiffs; and

j. to perform such other duties as may be expressly authorized by further order of this Court.

12. The law firm of Reinhardt & Anderson is hereby approved as Liaison Counsel for the Class.

13. Within thirty (30) days of entry of this Order, plaintiffs shall designate the operative complaint in this consolidated proceeding (the "Operative Complaint") by (a) designating an existing complaint as such or (b) filing and serving an Amended Consolidated Complaint.

14. Defendants shall have no obligation to file any answer or otherwise responsive papers to any of the pending individual complaints hereby consolidated other than the Operative Complaint. Defendants shall have thirty (30) days from the time of plaintiffs designate the Operative Complaint within which to respond to such pleading.

IT IS SO ORDERED.

Dated: August 29, 2001

Susan Richard Nelson
United States Magistrate Judge

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500